# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOLLY CRANE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEXY HAIR CONCEPTS, LLC, and ULTA SALON COSMETICS & FRAGRANCE, INC.,<br>    Defendants. | **Case 1:17-cv-10300** |

## PLAINTIFF'S ASSENTED-TO MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Molly Crane hereby moves for the Court to grant final approval of the Settlement Agreement and Release attached this motion as Exhibit A (the "Settlement"),[1] which resolves all claims asserted in this litigation on behalf of a proposed nationwide class against defendants Sexy Hair Concepts, LLC ("SHC") and Ulta Beauty, Inc. *f/k/a* Ulta Salon Cosmetics & Fragrance, Inc. ("Ulta," and together with SHC, the "Defendants").

In support of this motion, Plaintiff states that the Settlement satisfies the requirements for approval, and Defendants assent to the relief requested in this motion. Plaintiff submits herewith a memorandum setting forth the reasons why the Court should grant this motion. For the reasons set forth in the accompanying memorandum and the exhibits attached to this motion, Plaintiff and Class Counsel respectfully request the Court:

    1.    grant final approval to the Settlement;

    2.    certify the Class as defined in this motion and the Settlement;

---

[1] Defined terms have the meanings set forth in the Settlement.

3. find that the notice afforded to Class Members as reflected in the affidavit of Andrew Perry was adequate;

4. bar and enjoin any Class Members who do not seek exclusion from asserting, instituting, or prosecuting, directly or indirectly, any Released Claims in any court or other forum against any of the Released Parties.; and

5. award Class Counsel $750,000 in attorneys' fees and $6,482.45 for out-of-pocket expenses Class Counsel has incurred in prosecuting this Action;

6. authorize a distribution to compensate the Settlement Administrator for its services (in an amount to be determined after the claims period is closed, which will be presented to the Court in a further submission in advance of the final approval hearing);

7. approve a service award of $2,000 to plaintiff Molly Crane for her service as class representative in this Action;

For the Court's convenience, Plaintiff and Class Counsel attach as Exhibit D to this motion a proposed order granting preliminary approval of the Settlement.

Dated: February 19, 2019

Respectfully submitted,

*/s/ Patrick J. Vallely*
Edward F. Haver (BBO # 215620)
Patrick J. Vallely (BBO # 663866)
**SHAPIRO HABER & URMY LLP**
Seaport East
Two Seaport Lane, Floor 6
Boston, MA 02210
(617) 439-3939 – Telephone
(617) 439-0134 – Facsimile
ehaber@shulaw.com
pvallely@shulaw.com

Kenneth D. Quat (BBO # 408640)
**QUAT LAW OFFICES**
929 Worcester Rd.
Framingham MA 01701
508-872-1261
ken@quatlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading and its attachments was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: February 19, 2019

*/s/ Patrick J. Vallely*
Patrick J. Vallely